Magen David of Union Square et al., Plaintiffs, and The Sixteenth Street Synagogue, Appellant, v 3 West 16th Street, LLC, Respondent. (And a Third-Party Action.)

Submitted June 27, 2016; decided October 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.